IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Lindsey Kent Springer <br><br> Plaintiff/Petitioner - Appellant, <br><br> v. <br><br> Rachel Chapa <br><br> Defendant/Respondent - Appellee. | Case No. 14-CV-115 PRM <br> 5th Cir. # 14-50561 <br><br> Motion for Leave to Proceed on Appeal Without Prepayment of Costs or Fees (non-PLRA) |

I, __Lindsey Kent Springer__, the petitioner/appellant in the captioned case move this court for leave to proceed in forma pauperis.

In support of this motion, I state that because of my poverty, I am unable to pay the costs of said proceedings or give security therefor, I submit the following financial declaration.

# FINANCIAL DECLARATION

### Affidavit to Accompany Motion for Permission to Appeal in Forma Pauperis

I swear or affirm under penalty of perjury that because of my poverty I am unable to pay the docket fees of my appeal or to post a bond for them. I believe I am entitled to a different result than that reached in the district court.

I further swear or affirm under penalty of perjury that the responses which I have made to the questions and instructions below relating to my ability to pay the fees for my appeal are true.

**Instructions. Please complete all questions in this application and then sign it on the last page.** If the answer to any question is "0" or "none," or the question is "not applicable", so indicate by writing "0", "none", or "not applicable (N/A)". If additional space is needed to answer any question or to explain your answer to any question, please use and attach a separate sheet of paper identified with your name, the docket number of your case and the number of the question.

My issues on appeal are: (1) Does Court have § 2241 jurisdiction where judgment is signed coram non judice; (2) Does § 292(b) require the office to be filled be vacant; (3) Is authority to assign under § 292(b) delegatable; (4) Is Dec. 30. 2008 document an "order"; (5) Does § 292(b) authorize establishing of Art. III, § 1 district judge offices; (6) Did Congress authorize Chief Judge to rewrite 28 U.S.C. §§ 133(a) and 134(a); (7) Does § 292(b), and as applied, violate Article II, § 2, Cl. 2; (8) Does § 292(b), and as applied, violate Art. III, § 1; (9) Does assignment of Stephen P. Friot to 2255 proceeding render 2255 inadequate and ineffective; (10) Should district court have issued Rule to Show Cause; (11) Is Judgment dated April 28, 2010 void; (12) Should Appellant be released immediately?

1. Are you or your spouse currently employed?    Yes _____    No __X__

2. If you or your spouse are currently employed, state the name and address of your employer, the length of your employment with that employer, and your monthly gross pay. Gross pay is pay before any taxes or other deductions are taken. If you have more than one employer, please provide the information requested below about the other employer(s) on a separate sheet of paper and attach it to this application.

Yourself:

Name and Address of Employer

BOP-FSL LaTuna
P.O. Box 6000
Anthony, New Mexico 88021

Your Spouse:

Name and Address of Employer

N/A

Length of Employment

___ 6
Years  Months

Length of Employment

___ ___
Years  Months

Monthly Gross Pay $ 5 60

Monthly Gross Pay $ _____

3. If you are currently unemployed, state the date of your last employment and your monthly gross pay during your last month of employment. Gross pay is pay before any taxes or other deductions are taken.

Date of last employment (Month/Year) for yourself _____; spouse _____

Monthly gross pay during last month of employment $_____

4. State whether you or your spouse have received money from any of the following sources during the past twelve months, and, if so, the average monthly amount from that source. Adjust any money that was received weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

| Did you receive money from any of the following sources during the past 12 months? | Average monthly amount during past 12 months for you and your spouse if applicable. | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Self-employment | Y/N N  $____ | $____ | $____ | $____ |
| Income from real property (such as rental income) | Y/N N  $____ | $____ | $____ | $____ |
| Interest and dividends | Y/N N  $____ | $____ | $____ | $____ |
| Gifts | Y/N Y  $ 135 | $____ | $ None | $____ |
| Alimony | Y/N N  $____ | $____ | $____ | $____ |
| Child Support | Y/N N  $____ | $____ | $____ | $____ |

| | | | | | |
|---|---|---|---|---|---|
| Retirement income from sources such as social security, private pensions, annuities, or insurance policies | Y/N N | $_____ | $_____ | $_____ | $_____ |
| Disability payments such as social security, other state or federal government, or insurance payments | Y/N N | $_____ | $_____ | $_____ | $_____ |
| Unemployment payments | Y/N N | $_____ | $_____ | $_____ | $_____ |
| Public assistance payments such as welfare payments | Y/N N | $_____ | $_____ | $_____ | $_____ |
| Other sources of money (specify: _____) | Y/N N | $_____ | $_____ | $_____ | $_____ |

I hope I will receive the same gift next month but have no way of certainty.

TOTAL  $140.00   $_____   $ None   $_____

5. State the amount of cash you and your spouse have: $ 16.00

State below any money you or your spouse have in savings, checking, or other accounts in a bank or other financial institution.

| Bank or Other Financial Institution: | Type of Account such as savings, checking, or CD: | Amount you have: | Amount your spouse has: |
|---|---|---|---|
| None | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

6. State below the assets owned by you and your spouse. **Do not list ordinary household furnishings and clothing.**

| | | |
|---|---|---|
| **Home** | Address: _None_____ | Value: $ _____ |
| | _____ | Amount owed on mortgages and liens: $ _____ |
| **Other real estate** | Address: _None_____ | Value: $ _____ |
| | _____ | Amount owed on mortgages and liens: $ _____ |
| **Motor vehicle** | Model/Year: _None_____ | Value: $ _____ |
| | | Amount owed: $ _____ |
| **Motor vehicle** | Model/Year: _None_____ | Value: $ _____ |
| | | Amount owed: $ _____ |
| **Other** | Description: _None_____ | Value: $ _____ |
| | | Amount owed: $ _____ |

7. State below any person, business, organization, or governmental unit that owes you or your spouse money and the amount that is owed.

| Name of Person, Business, or Organization that Owes You or Your Spouse Money | Amount Owed You: | Amount Owed Your Spouse: |
|---|---|---|
| None | $ _____ | $ _____ |
| | $ _____ | $ _____ |

8. State the individuals who rely on you and your spouse for support. Indicate their relationship to you, their age, and whether they live with you.

| Name | Relationship | Age | Does this person live with you? |
|------|--------------|-----|-------------------------------|
| None | _____ | ____ | Yes ____ No ____ |
| _____ | _____ | ____ | Yes ____ No ____ |
| _____ | _____ | ____ | Yes ____ No ____ |
| _____ | _____ | ____ | Yes ____ No ____ |

9. Complete this question by estimating the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, bi-weekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ n/a | $ _____ |
| Are real estate taxes included? Yes ____ No ____ | | |
| Is property insurance included? Yes ____ No ____ | | |
| Utilities: Electricity and heating fuel | $ n/a | $ _____ |
| Water and sewer | $ n/a | $ _____ |
| Telephone | $ n/a | $ _____ |
| Other _____ | $ n/a | $ _____ |
| Home maintenance (Repairs and upkeep) | $ n/a | $ _____ |
| Food | $ 35.00 | $ _____ |
| Clothing | $ n/a | $ _____ |
| Laundry and dry cleaning | $ n/a | $ _____ |
| Medical and dental expenses | $ n/a | $ _____ |
| Transportation (not including car payments) | $ n/a | $ _____ |

| | | |
|---|---|---|
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ n/a | $ _____ |
| Charitable contributions | $ n/a | $ _____ |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|    Homeowner's or renter's | $ n/a | $ _____ |
|    Life | $ n/a | $ _____ |
|      Health | $ n/a | $ _____ |
|      Auto | $ n/a | $ _____ |
|      Other _____ | $ n/a | $ _____ |
| Taxes (not deducted from wages or included in home mortgage payments) (specify) _____ | | $ _____ |
| Installment payments | | |
|    Auto: | $ n/a | $ _____ |
|    Credit Card: (name) _____ | $ n/a | $ _____ |
|    Department Store: (name) _____ | $ n/a | $ _____ |
|    Other _____ | $ n/a | $ _____ |
|    Other _____ | $ n/a | $ _____ |
| Alimony, maintenance, and support paid to others | $ n/a | $ _____ |
| Payments for support of additional dependents not living at your home | $ n/a | $ _____ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ n/a | $ _____ |
| Other copies, Type Ribbon, Correct Ribbon, Stamps, ect. | $ 47 50 | $ _____ |
| Fines / FRP | $ 25 00 | |
| Fees IFP in 14-cv-071 (N.D. OK) appx | $ 29 00 | |
| TOTAL MONTHLY EXPENSES | $ 137 00 | $ _____ |

10. Do you expect any major changes to your monthly income or expenses during the next four months?  Yes _____  No __X__

    If yes, describe.

11. Have you paid an attorney any money for services in connection with this case, including the completion of this form?  Yes _____  No __X__

    If yes, how much?  $ _____

    If yes, provide the name, address, and telephone number of the attorney:

    _____
    _____
    _____

    Have you promised to pay or do you anticipate paying an attorney any money for services in connection with this case, including the completion of this form?  Yes _____  No __X__
    If yes, how much?  $ _____
    If yes, provide the name, address, and telephone number of the attorney:

    _____
    _____
    _____

12. Have you paid anyone other than an attorney (such as a paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form?

    Yes _____  No __X__

    If yes, how much?  $ _____

    If yes, provide the name, address, and telephone number of the person or service:

    _____
    _____
    _____

13. Have you promised to pay or do you anticipate paying anyone other than an attorney (such as a paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form? Yes ____ No __X__

    If yes, how much? $ _____

If yes, provide the name, address, and telephone number of the person or service:

_____

_____

14. How much can you pay each month toward the docket fee for your appeal.

    $ __none__

15. Please provide any other information that helps to explain why you are unable to pay the docket fees for your appeal. __I am in Prison and have no extra $$. No way to pay.__

16. State the address of your legal residence:

    __Reg # 02580-063, Federal Satellite Low-La Tuna__
    __P.O. Box 6000, Anthony, New Mexico 88021__

Your daytime phone number:

(____) __none__

Your age: __48__

Years of schooling: __High School Diploma__

Your social security number: __xxx-xx-3758__

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. 28 U.S.C. § 1746, 18 U.S.C. § 1621.

Date: __6/21/14__   Signature: __Lindsey K Springer__

# CERTIFICATE OF SERVICE

I hereby certify that on ___6/23/14___ I sent a copy of
_4/23/14_ [date]

the foregoing Motion for Leave to Proceed on Appeal without Prepayment of Costs of Fees, to:

___Clerk of Court___, at ___U.S Courthouse, 525 Magoffin Avenue Rm 105, El Paso, Texas 79901___, the last known address/email address, by ___U.S Mail___.

[state method of service]

___6/23/14___
Date
_6/23/14_

___Lindsey K Springer___
Signature

### Declaration of Mailing

I declare under the penalty of perjury, pursuant to 28 U.S.C § 1746(1), under the laws of the United States of America, that on June 23, 2014, I deposited the above motion in the U.S. mailbox located inside FSL LaTuna to the address above.

___Lindsey K Springer___
declarant

Lindsey Kent Springer
Reg # 02580-063
Federal Satellite Low-La Tuna
P.O. Box 6000
Anthony, New Mexico 88021

"Legal Mail"

⇔02580-063⇔
Clerks Of Court
Room 105
525 Magoffin AVE
EL PASO, TX 79901
United States

7990132570 0015


